UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHESTER JAMES RUNIONS, | ) Case No. CV 14-1523-DDP (PJW) |
|---|---|
| Plaintiff, | ) J U D G M E N T |
| v. | ) |
| DR SOHI, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered in favor of Defendants and against Plaintiff and the action is dismissed without prejudice.

DATED: December 19, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\Judgment.wpd